

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00200-CV

| | | |
|---|---|---|
| Danny Griswold and Rhonda Griswold | § | From the 97th District Court |
| | § | of Montague County (2013-0412M-CV) |
| v. | | |
| | § | March 5, 2015 |
| EOG Resources, Inc. | § | Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellants Danny Griswold and Rhonda Griswold shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Sue Walker_____
Justice Sue Walker